**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-7291**

———

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RANDALL WHITE,

                              Defendant - Appellant.

———

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CR-98-293, CA-01-382-6-24)

———

Submitted:  December 19, 2002        Decided:  December 31, 2002

———

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

Randall White, Appellant Pro Se.  Arthur Bradley Parham, OFFICE OF
THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randall White seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that White has not made a substantial showing of the denial of a constitutional right. See United States v. White, Nos. CR-98-293; CA-01-382-6-24 (D.S.C. Aug. 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED